UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>　　　　　　　Plaintiff,<br>　v.<br>NEW RIVER TOWNSHIP, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-00069-MMD-CSD<br><br>ORDER |

　　Pro se Plaintiff Mitchell Keith Goodrum has filed a motion requesting that this case be dismissed without prejudice so that he can refile the case after he pursues a habeas corpus petition. (ECF No. 10.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed, the Court grants Goodrum's motion for voluntary dismissal and dismisses this action without prejudice.

　　It is therefore ordered that Goodrum's motion to voluntarily dismiss this action without prejudice (ECF No. 10) is granted.

　　It is further ordered that this action is dismissed in its entirety without prejudice.

　　The Clerk of the Court is directed to enter judgment accordingly.

　　It is further ordered that Goodrum's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

　　DATED THIS 4th Day of June 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE